# Exhibit B

**From:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Sent:** Thursday, December 4, 2025 5:14 PM
**To:** Grealish, Jessica
**Cc:** Hodge, Pamela; Estrada, Angelica
**Subject:** Re: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns
**Attachments:** Citibank Bank Verification Letter-12.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jessica,

Please see attached. Kindly confirm receipt.

Thanks
Marc

---

**From:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Sent:** Thursday, December 4, 2025 1:56 PM
**To:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Cc:** Hodge, Pamela <pamela.hodge@alamotitle.com>; Estrada, Angelica <Angelica.Estrada@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Marc,

I’ve checked my correspondence, and I don’t see that I have received these wire instructions.

Thanks,

Alamo TITLE
COMMERCIAL SERVICES
FIDELITY NATIONAL TITLE GROUP

JESSICA GREALISH
VP | Commercial Escrow Officer
Assistant Branch Manager

Direct: 713.986.0702
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
jessica.grealish@alamotitle.com

Jessica.Grealish@alamotitle.com | 713-986-0702

---

**From:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Sent:** Thursday, December 4, 2025 1:11 PM
**To:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Cc:** Hodge, Pamela <pamela.hodge@alamotitle.com>; Estrada, Angelica <Angelica.Estrada@alamotitle.com>
**Subject:** Re: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

Thanks Jessica, please confirm you received the separate email I sent with our wiring instructions to be used.

---

**From:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Sent:** Thursday, December 4, 2025 10:45 AM
**To:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Cc:** Hodge, Pamela <pamela.hodge@alamotitle.com>; Estrada, Angelica <Angelica.Estrada@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

No worries, we'll keep on the lookout for delivery.

Alamo TITLE
COMMERCIAL SERVICES
FIDELITY NATIONAL TITLE GROUP

JESSICA GREALISH
VP | Commercial Escrow Officer
Assistant Branch Manager

Direct: 713.986.0702
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
jessica.grealish@alamotitle.com

Jessica.Grealish@alamotitle.com | 713-986-0702

---

**From:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Sent:** Thursday, December 4, 2025 10:22 AM

**To:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

I just got this from the overnight that I sent you

**The status of your package has changed.**

| | |
|---|---|
| **Exception Reason:** | A mechanical failure has caused a delay. We will update the delivery date as soon as possible. |

At the request of RECREATIONAL SPORTS, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Details

| | |
|---|---|
| **Tracking Number:** | 1Z8453220170042017 |
| **Ship To:** | ALAMO TITLE<br>1800 BERING DR.<br>SUITE 150<br>HOUSTON, TX 77057<br>US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Package Weight:** | 0.0 LBS |
| **Reference Number 1:** | 1 |

**Discover more about UPS:**
Visit www.ups.com
Sign Up For Additional E-Mail From UPS

---

**From:** Garitone, Marc
**Sent:** Wednesday, December 3, 2025 3:48 PM

**To:** 'Grealish, Jessica' <Jessica.Grealish@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

Ok Thanks

---

**From:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Sent:** Wednesday, December 3, 2025 1:48 PM
**To:** Garitone, Marc <marc.garitone@rsiinc.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

Hi Marc,

Please see attached.

They didn't object to any actual commitment items. They requested survey coverage, tenant language be deleted as the building is empty and a couple endorsements. All of them I'm able to provide without anything you need to worry about curing.

Thanks!

AlamoTITLE
COMMERCIAL SERVICES
FIDELITY NATIONAL TITLE GROUP

JESSICA GREALISH
VP | Commercial Escrow Officer
Assistant Branch Manager
Direct: 713.986.0702
Office: 713.966.4040
Fax: 713.966.4061
1800 Bering Dr. Suite 150 Houston, TX 77057
jessica.grealish@alamotitle.com

Jessica.Grealish@alamotitle.com | 713-986-0702

---

**From:** Garitone, Marc <marc.garitone@rsiinc.com>
**Sent:** Wednesday, December 3, 2025 2:26 PM

**To:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

The documents were overnighted today . Also can you resend me the title commitment so I can see what they are objecting to ?

Thanks

Marc

---

**From:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Sent:** Tuesday, December 2, 2025 2:03 PM
**To:** Garitone, Marc <marc.garitone@rsiinc.com>; Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Alisha Renshaw <alisha.renshaw@partnersrealestate.com>; Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Hodge, Pamela <pamela.hodge@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

Yes, that'd be perfect.

Alamo Title Company

1800 Bering, Suite 150

Houston, TX 77057

Thanks,

JESSICA GREALISH
VP | Commercial Escrow Officer
Assistant Branch Manager

Direct: 713.986.0702
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
jessica.grealish@alamotitle.com

Jessica.Grealish@alamotitle.com | 713-986-0702

---

**From:** Garitone, Marc <marc.garitone@rsiinc.com>
**Sent:** Tuesday, December 2, 2025 2:24 PM
**To:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Alisha Renshaw <alisha.renshaw@partnersrealestate.com>; Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Hodge, Pamela <pamela.hodge@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

These will be signed today do you want me to overnight them to you?

Thanks

Marc

---

**From:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>
**Sent:** Monday, December 1, 2025 2:29 PM
**To:** Alisha Renshaw <alisha.renshaw@partnersrealestate.com>; Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Garitone, Marc <marc.garitone@rsiinc.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Hodge, Pamela <pamela.hodge@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Alisha,

Jessica will begin providing preliminary statements for review this week.

AlamoTITLE
COMMERCIAL SERVICES
FIDELITY NATIONAL TITLE GROUP

ANGELICA ESTRADA
Commercial Escrow Assistant

Direct: 713.986.0703
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
angelica.estrada@alamotitle.com

Angelica.Estrada@alamotitle.com

---

**From:** Alisha Renshaw <alisha.renshaw@partnersrealestate.com>
**Sent:** Monday, December 1, 2025 12:11 PM
**To:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Olsen, Gary <marc.garitone@rsiinc.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Hodge, Pamela <pamela.hodge@alamotitle.com>; Alisha Renshaw <alisha.renshaw@partnersrealestate.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns
**Importance:** High

All-

As a reminder this is scheduled to close THIS Friday December 5th. Please send out preliminary closing statements today so we have time to review and address items accordingly.

Best,

**Alisha Renshaw**

Senior Account Manager

Brokerage Services

**Please note our new Houston address:**

**Partners**

5847 San Felipe St, Suite 1400

Houston, TX 77057

partnersrealestate.com

713 985 4602 direct

---

**From:** Angelica Estrada <Angelica.Estrada@alamotitle.com>
**Sent:** Friday, November 21, 2025 1:51 PM
**To:** Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Olsen, Gary <marc.garitone@rsiinc.com>; Alisha Renshaw <alisha.renshaw@partnersrealestate.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Hodge, Pamela <pamela.hodge@alamotitle.com>
**Subject:** HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

This message was sent securely using Zix®

Happy Friday!

Please find attached the Hyperlinked Title Commitment in connection with the above referenced transaction. No changes made, new effective date 11/16/2025. I have also attached the **approved** survey for your records and please provide the below:

**BUYER AUTHORITY DOCUMENTS:** Provide the authority documents on behalf of 5510 Brystone Drive,LLC, including:

a. Operating agreement, if any, and any and all amendments, supplements and/or modifications thereto, certified by the appropriate manager or member;

b. If LLC is member managed, a full and complete list of the current members, certified by the appropriate manager or member;

c. Good Standing Certificate from the state in which the entity was created; and

d. If less than all general partners are executing the documents, any resolution authorizing the signing partner's authority.

Please do not hesitate to contact our office with any questions or if we can assist you in any way.

Thank you,

This message was secured by **Zix**®.

---

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

citibank

11-10-2025

To whom it may concern,

This letter is verification that the customer named Gary V. Olsen, has an account with Citibank N.A.
Please see the below account details for Wires/ACH setup.

Bank: CITIBANK N.A
Bank Address: 888 E 17th St, Idaho Falls, ID 83404
ACH & Wire Routing #: 266086554
SWIFT Code: CITIUS33
Account Name: Gary V. Olsen dba Dasol Holding Inc
Beneficiary Address: 5005 South 9th E, Idaho Falls, ID 83404
Account Number: [redacted]7736

We trust that this information will be of assistance to you.

Sincerely,
Noah Lewis
Noah Lewis
Client Servive Associate
CITI Bank, N.A.

IMPORTANT INFORMATION: Citibank are marketing names for certain businesses of Citibank N.a and its subsidiaries worldwide. Products and services may be provided by banking affiliates, securities affiliates or other affiliates or entities. Any examples used are generic, hypothetical and for illustration purposes only. Prior to making any financial or investment decisions, a client or prospect ("Client" or "you" as the context may require) should seek individualized advice from financial, legal, tax and other professional advisors that take into account all of the particular facts and circumstances of the Client's own situation. In no event shall CITIBANK or any of its directors, officers, employees or agents be liable for any use of, for any decision made or action taken in reliance upon or for any inaccuracies or errors in, or omissions from information in this content. We are not acting as any Client's agent, fiduciary or advisor, including, without limitation, as a Municipal Advisor under the Securities and Exchange Act of 1934. CITIBANK assumes no responsibility or liability whatsoever to any Client with respect to such matters, and nothing herein shall amend or override the terms and conditions in the agreement(s) between CITIBANK and any Client or other person.

SAMPLE