# Exhibit C

**From:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Sent:** Friday, December 5, 2025 12:09 PM
**To:** Hodge, Pamela; Grealish, Jessica
**Cc:** Estrada, Angelica
**Subject:** Re: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

**IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please see attached, Here is a copy of what was sent. What time does the buyer close? Will this fund today or next week?

Thanks
Marc.

---

**From:** Hodge, Pamela <pamela.hodge@alamotitle.com>
**Sent:** Friday, December 5, 2025 9:56 AM
**To:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Garitone, Marc <Marc.Garitone@rsiinc.com>
**Cc:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,
I just checked on the delivery status and here is the update.

Your Shipment
**1Z8453220170042017**

Scheduled Delivery

## Today, December 05 by 3:00 P.M.

**Your package has arrived at a local UPS location and is being processed for delivery.**

If you prefer to pick up your package at an eligible facility, select Change My Delivery to make arrangements.

---

**Ship To**
HOUSTON, TX US

**Label Created**
United States
12/03/2025, 4:00 P.M.

**We Have Your Package**
Idaho Falls, ID, United States
12/03/2025, 5:23 P.M.

**On the Way**
**Preparing for Delivery**
Stafford, TX, United States
12/05/2025, 4:41 A.M.

Out for Delivery

Delivery

PAMELA HODGE
Commercial Escrow Assistant

Direct: 713.986.0620
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
pamela.hodge@alamotitle.com

---

**From:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Sent:** Thursday, December 4, 2025 11:46 AM

**To:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Cc:** Hodge, Pamela <pamela.hodge@alamotitle.com>; Estrada, Angelica <Angelica.Estrada@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

No worries, we'll keep on the lookout for delivery.

AlamoTITLE COMMERCIAL SERVICES

JESSICA GREALISH
VP | Commercial Escrow Officer
Assistant Branch Manager

Direct: 713.986.0702
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
jessica.grealish@alamotitle.com

Jessica.Grealish@alamotitle.com | 713-986-0702

---

**From:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Sent:** Thursday, December 4, 2025 10:22 AM
**To:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

I just got this from the overnight that I sent you

**The status of your package has changed.**

**Exception Reason:** A mechanical failure has caused a delay. We will update the delivery date as soon as possible.

At the request of RECREATIONAL SPORTS, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Details

| | |
|---|---|
| **Tracking Number:** | 1Z8453220170042017 |
| **Ship To:** | ALAMO TITLE<br>1800 BERING DR.<br>SUITE 150<br>HOUSTON, TX 77057<br>US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Package Weight:** | 0.0 LBS |
| **Reference Number 1:** | 1 |

### Discover more about UPS:

Visit www.ups.com
Sign Up For Additional E-Mail From UPS

---

**From:** Garitone, Marc
**Sent:** Wednesday, December 3, 2025 3:48 PM
**To:** 'Grealish, Jessica' <Jessica.Grealish@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

Ok Thanks

---

**From:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Sent:** Wednesday, December 3, 2025 1:48 PM
**To:** Garitone, Marc <marc.garitone@rsiinc.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

Hi Marc,

Please see attached.

They didn't object to any actual commitment items. They requested survey coverage, tenant language be deleted as the building is empty and a couple endorsements. All of them I'm able to provide without anything you need to worry about curing.

Thanks!

AlamoTITLE
COMMERCIAL SERVICES
FIDELITY NATIONAL TITLE GROUP

JESSICA GREALISH
VP | Commercial Escrow Officer
Assistant Branch Manager
Direct: 713.986.0702
Office: 713.966.4040
Fax: 713.966.4061
1800 Bering Dr. Suite 150 Houston, TX 77057
jessica.grealish@alamotitle.com

Jessica.Grealish@alamotitle.com | 713-986-0702

---

**From:** Garitone, Marc <marc.garitone@rsiinc.com>
**Sent:** Wednesday, December 3, 2025 2:26 PM
**To:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

The documents were overnighted today . Also can you resend me the title commitment so I can see what they are objecting to ?

Thanks
Marc

---

**From:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Sent:** Tuesday, December 2, 2025 2:03 PM
**To:** Garitone, Marc <marc.garitone@rsiinc.com>; Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Alisha Renshaw <alisha.renshaw@partnersrealestate.com>; Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Hodge, Pamela <pamela.hodge@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

Yes, that'd be perfect.

Alamo Title Company
1800 Bering, Suite 150
Houston, TX 77057

Thanks,

JESSICA GREALISH
VP | Commercial Escrow Officer
Assistant Branch Manager

Direct: 713.986.0702
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
jessica.grealish@alamotitle.com

Alamo TITLE
COMMERCIAL SERVICES
FIDELITY NATIONAL TITLE GROUP

Jessica.Grealish@alamotitle.com | 713-986-0702

---

**From:** Garitone, Marc <marc.garitone@rsiinc.com>
**Sent:** Tuesday, December 2, 2025 2:24 PM
**To:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Alisha Renshaw <alisha.renshaw@partnersrealestate.com>; Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Hodge, Pamela <pamela.hodge@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

These will be signed today do you want me to overnight them to you?

Thanks
Marc

---

**From:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>
**Sent:** Monday, December 1, 2025 2:29 PM
**To:** Alisha Renshaw <alisha.renshaw@partnersrealestate.com>; Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Garitone, Marc <marc.garitone@rsiinc.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Hodge, Pamela <pamela.hodge@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Alisha,

Jessica will begin providing preliminary statements for review this week.

AlamoTITLE
COMMERCIAL SERVICES
FIDELITY NATIONAL TITLE GROUP

ANGELICA ESTRADA
Commercial Escrow Assistant
Direct: 713.986.0703
Office: 713.966.4040
Fax: 713.966.4061
1800 Bering Dr. Suite 150 Houston, TX 77057
angelica.estrada@alamotitle.com

Angelica.Estrada@alamotitle.com

---

**From:** Alisha Renshaw <alisha.renshaw@partnersrealestate.com>
**Sent:** Monday, December 1, 2025 12:11 PM
**To:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Olsen, Gary <marc.garitone@rsiinc.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Hodge, Pamela <pamela.hodge@alamotitle.com>; Alisha Renshaw <alisha.renshaw@partnersrealestate.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns
**Importance:** High

All-

As a reminder this is scheduled to close THIS Friday December 5th. Please send out preliminary closing statements today so we have time to review and address items accordingly.

Best,

**Alisha Renshaw**
Senior Account Manager
Brokerage Services

**Please note our new Houston address:**
**Partners**
5847 San Felipe St, Suite 1400
Houston, TX 77057
partnersrealestate.com

713 985 4602 direct

---

**From:** Angelica Estrada <Angelica.Estrada@alamotitle.com>
**Sent:** Friday, November 21, 2025 1:51 PM
**To:** Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Olsen, Gary <marc.garitone@rsiinc.com>; Alisha Renshaw <alisha.renshaw@partnersrealestate.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Hodge, Pamela <pamela.hodge@alamotitle.com>
**Subject:** HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

This message was sent securely using Zix®

Happy Friday!
Please find attached the Hyperlinked Title Commitment in connection with the above referenced transaction. No changes made, new effective date 11/16/2025. I have also attached the **approved** survey for your records and please provide the below:
**BUYER AUTHORITY DOCUMENTS:** Provide the authority documents on behalf of 5510 Brystone Drive,LLC, including:

a. Operating agreement, if any, and any and all amendments, supplements and/or modifications thereto, certified by the appropriate manager or member;

b. If LLC is member managed, a full and complete list of the current members, certified by the appropriate manager or member;

c. Good Standing Certificate from the state in which the entity was created; and

d. If less than all general partners are executing the documents, any resolution authorizing the signing partner's authority.

Please do not hesitate to contact our office with any questions or if we can assist you in any way.
Thank you,

This message was secured by Zix®.

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.