# Exhibit D

**Moffitt, Christian**

---

**From:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Sent:** Friday, December 5, 2025 12:10 PM
**To:** Hodge, Pamela; Grealish, Jessica
**Cc:** Estrada, Angelica
**Subject:** Re: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns
**Attachments:** 20251205082841764-11.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please see attached, Here is a copy of what was sent. What time does the buyer close? Will this fund today or next week?

Thanks
Marc.

---

**From:** Hodge, Pamela <pamela.hodge@alamotitle.com>
**Sent:** Friday, December 5, 2025 9:56 AM
**To:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Garitone, Marc <Marc.Garitone@rsiinc.com>
**Cc:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,
I just checked on the delivery status and here is the update.

**1Z8453220170042017**

Scheduled Delivery

# Today, December 05 by 3:00 P.M.

**Your package has arrived at a local UPS location and is being processed for delivery.**

If you prefer to pick up your package at an eligible facility, select Change My Delivery to make arrangements.

---

**Ship To**

HOUSTON, TX US

**Label Created**
United States
12/03/2025, 4:00 P.M.

**We Have Your Package**
Idaho Falls, ID, United States
12/03/2025, 5:23 P.M.

**On the Way**
**Preparing for Delivery**
Stafford, TX, United States
12/05/2025, 4:41 A.M.

Out for Delivery

Delivery

**PAMELA HODGE**
Commercial Escrow Assistant

Direct: 713.986.0620

Office: 713.966.4040

Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
pamela.hodge@alamotitle.com

---

**From:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Sent:** Thursday, December 4, 2025 11:46 AM

**To:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Cc:** Hodge, Pamela <pamela.hodge@alamotitle.com>; Estrada, Angelica <Angelica.Estrada@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

No worries, we'll keep on the lookout for delivery.

Alamo TITLE
COMMERCIAL SERVICES
FIDELITY NATIONAL TITLE GROUP

JESSICA GREALISH
VP | Commercial Escrow Officer
Assistant Branch Manager

Direct: 713.986.0702
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
jessica.grealish@alamotitle.com

Jessica.Grealish@alamotitle.com | 713-986-0702

---

**From:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Sent:** Thursday, December 4, 2025 10:22 AM
**To:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

I just got this from the overnight that I sent you

**The status of your package has changed.**

**Exception Reason:** A mechanical failure has caused a delay. We will update the delivery date as soon as possible.

At the request of RECREATIONAL SPORTS, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Details

| | |
|---|---|
| **Tracking Number:** | 1Z8453220170042017 |
| **Ship To:** | ALAMO TITLE<br>1800 BERING DR.<br>SUITE 150<br>HOUSTON, TX 77057<br>US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Package Weight:** | 0.0 LBS |
| **Reference Number 1:** | 1 |

**Discover more about UPS:**
Visit www.ups.com
Sign Up For Additional E-Mail From UPS

---

**From:** Garitone, Marc
**Sent:** Wednesday, December 3, 2025 3:48 PM
**To:** 'Grealish, Jessica' <Jessica.Grealish@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

Ok Thanks

---

**From:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Sent:** Wednesday, December 3, 2025 1:48 PM
**To:** Garitone, Marc <marc.garitone@rsiinc.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

Hi Marc,

Please see attached.

They didn't object to any actual commitment items. They requested survey coverage, tenant language be deleted as the building is empty and a couple endorsements. All of them I'm able to provide without anything you need to worry about curing.

Thanks!

AlamoTITLE
COMMERCIAL SERVICES
FIDELITY NATIONAL TITLE GROUP

JESSICA GREALISH
VP | Commercial Escrow Officer
Assistant Branch Manager

Direct: 713.986.0702
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
jessica.grealish@alamotitle.com

Jessica.Grealish@alamotitle.com | 713-986-0702

---

**From:** Garitone, Marc <marc.garitone@rsiinc.com>
**Sent:** Wednesday, December 3, 2025 2:26 PM
**To:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

The documents were overnighted today . Also can you resend me the title commitment so I can see what they are objecting to ?

Thanks
Marc

---

**From:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Sent:** Tuesday, December 2, 2025 2:03 PM
**To:** Garitone, Marc <marc.garitone@rsiinc.com>; Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Alisha Renshaw <alisha.renshaw@partnersrealestate.com>; Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Hodge, Pamela <pamela.hodge@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

Yes, that'd be perfect.

Alamo Title Company
1800 Bering, Suite 150
Houston, TX 77057

Thanks,


JESSICA GREALISH
VP | Commercial Escrow Officer
Assistant Branch Manager

Direct: 713.986.0702
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
jessica.grealish@alamotitle.com

Jessica.Grealish@alamotitle.com | 713-986-0702


---

**From:** Garitone, Marc <marc.garitone@rsiinc.com>
**Sent:** Tuesday, December 2, 2025 2:24 PM
**To:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Alisha Renshaw <alisha.renshaw@partnersrealestate.com>; Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Hodge, Pamela <pamela.hodge@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

These will be signed today do you want me to overnight them to you?

Thanks
Marc

---

**From:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>
**Sent:** Monday, December 1, 2025 2:29 PM
**To:** Alisha Renshaw <alisha.renshaw@partnersrealestate.com>; Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Garitone, Marc <marc.garitone@rsiinc.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Hodge, Pamela <pamela.hodge@alamotitle.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Alisha,

Jessica will begin providing preliminary statements for review this week.

AlamoTITLE
COMMERCIAL SERVICES
FIDELITY NATIONAL TITLE GROUP

ANGELICA ESTRADA
Commercial Escrow Assistant

Direct: 713.986.0703
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
angelica.estrada@alamotitle.com

Angelica.Estrada@alamotitle.com

---

**From:** Alisha Renshaw <alisha.renshaw@partnersrealestate.com>
**Sent:** Monday, December 1, 2025 12:11 PM
**To:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Olsen, Gary <marc.garitone@rsiinc.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Hodge, Pamela <pamela.hodge@alamotitle.com>; Alisha Renshaw <alisha.renshaw@partnersrealestate.com>
**Subject:** RE: HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns
**Importance:** High

All-

As a reminder this is scheduled to close THIS Friday December 5th. Please send out preliminary closing statements today so we have time to review and address items accordingly.

Best,

Alisha Renshaw
Senior Account Manager
Brokerage Services

Please note our new Houston address:
**Partners**
5847 San Felipe St, Suite 1400
Houston, TX 77057
partnersrealestate.com

713 985 4602 direct

---

**From:** Angelica Estrada <Angelica.Estrada@alamotitle.com>
**Sent:** Friday, November 21, 2025 1:51 PM
**To:** Zane Carman <zane.carman@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Chris Caudill <chris.caudill@partnersrealestate.com>; Travis Land <travis.land@partnersrealestate.com>; Olsen, Gary <marc.garitone@rsiinc.com>; Alisha Renshaw <alisha.renshaw@partnersrealestate.com>; Blake Talley <blake.talley@partnersrealestate.com>
**Cc:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>; Hodge, Pamela <pamela.hodge@alamotitle.com>
**Subject:** HYPERLINKED COMMITMENT | ATCH25145454 | 13610 Rankin Circle East | 5510 Brystone Drive, LLC or assigns

This message was sent securely using Zix®

Happy Friday!
Please find attached the Hyperlinked Title Commitment in connection with the above referenced transaction. No changes made, new effective date 11/16/2025. I have also attached the **approved** survey for your records and please provide the below:
**BUYER AUTHORITY DOCUMENTS:** Provide the authority documents on behalf of 5510 Brystone Drive,LLC, including:

a. Operating agreement, if any, and any and all amendments, supplements and/or modifications thereto, certified by the appropriate manager or member;
b. If LLC is member managed, a full and complete list of the current members, certified by the appropriate manager or member;
c. Good Standing Certificate from the state in which the entity was created; and
d. If less than all general partners are executing the documents, any resolution authorizing the signing partner's authority.

Please do not hesitate to contact our office with any questions or if we can assist you in any way.
Thank you,

This message was secured by Zix®.

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

# DEBTS LIENS AND POSSESSION AFFIDAVIT

| | |
|---|---|
| Date: | December 5, 2025 |
| GF#: | ATCH-01COM-ATCH25145454 |
| Title Company: | Alamo Title Company |
| (including address) | 1800 Bering Dr., Suite 150, Houston, TX 77057 |
| Underwriter: | Alamo Title Insurance |
| (including address) | P.O. Box 45023, Jacksonville, FL 32232-5023 |
| Seller: | Gary V. Olsen |
| Affiant: | Gary V. Olsen |
| Property: | 13610 Rankin Circle East, Houston, TX 77073 |

Affiant on oath swears that the following statements are true:

☑ Individual I am Gary V. Olsen, the Owner/Borrower. I am over the age of 18 years, and I am fully competent to execute this affidavit.

1. There are no parties occupying, renting, leasing, residing or possessing the Property or any portion thereof, nor is Affiant aware of any parties claiming title to the subject Property or any portion thereof by reason of adverse possession, except the following (if none, insert none below):

   ________________________________________

2. There are no unpaid debts for any personal property or fixtures that are located on the Property, and no such items have been purchased on time payment contracts, and there are no security interests on such property secured by financing statements, security agreements, or otherwise, except the following (if none, insert none below):

   ________________________________________

3. ☐ There have been no improvements or repairs constructed on the Property within the preceding five (5) months.

   ☑ There have been improvements or repairs constructed on the Property within the preceding five (5) months, but said improvements or repairs have been completed and all labor and materials used in the construction of improvements or repairs on the Property have been fully paid and satisfied, except the following (if none, insert none below):

   ________________________________________

4. There are no loans or liens (including federal tax liens, state tax liens and judgment liens), unpaid taxes (ad valorem, state or federal), assessments, and/or homeowners' association dues, or other charges of any kind on or against the Property, except the following (if none, insert none below):

   ________________________________________

GF#: ATCH-01COM-ATCH25145454

# DEBTS LIENS AND POSSESSION AFFIDAVIT

(Continued)

AFFIANT UNDERSTANDS THAT THE PAYOFF AMOUNT(S) ON LOANS AND LIENS LISTED ABOVE ARE IN ACCORDANCE WITH STATEMENTS GIVEN BY THE SECURED PARTY AND SHOULD THE SECURED PARTY REQUIRE ANY ADDITIONAL AMOUNT IN ORDER TO RELEASE SAID LOANS, AFFIANT (AND OWNER/BORROWER IF OWNER/BORROWER IS AN ENTITY) AGREES TO PAY THAT ADDITIONAL AMOUNT AND HOLD ESCROW AGENT AND ITS UNDERWRITER HARMLESS FROM SUCH ADDITIONAL AMOUNT AND ANY OTHER LIEN NOT SPECIFICALLY REFERENCED ABOVE.

5. There are no paving liens of any kind or character or paving claims outstanding against the Property, and no petitions have been signed for the paving of any street or alley adjoining the Property, and Affiant knows of no petitions being circulated for pavement of the streets, alley or sidewalks adjacent to the Property.

6. There are no lawsuits or claims pending against Owner/Borrower, except the following (if none, insert none below):

   NONE

7. Affiant realizes these representations are made to induce the Title Company and its underwriter to insure the title to the subject Property and that the Title Company and its underwriter are relying upon the truth of said statements. In consideration thereof, Affiant/Owner/Borrower hereby agrees to indemnify and hold harmless Title Company and its underwriter, their successors and assigns, from any claims, costs, damages, causes of action, expenses and attorney fees in any way arising from the inaccuracy of the above representations. Affiant further recognizes that any false or fraudulent representations knowingly made in this Affidavit may subject Affiant/Owner/Borrower to criminal liability.

8. For the purposes of this affidavit, where the context requires: (i) the singular shall include the plural; (ii) the plural shall include the singular; and (iii) the use of any gender shall include all genders.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

Gary V. Olsen

State of Idaho

County of Bonneville

Sworn to and subscribed before me on Oct 2 2025 by Gary V. Olsen.

(Personalized Seal)

MARC GARITONE
Exp. 07/05/2029
NOTARY PUBLIC
Comm. No. 2017-0028
STATE OF IDAHO

Notary Public's Signature

# HOMESTEAD DESIGNATION AFFIDAVIT

| | |
|---|---|
| **Date:** | December 5, 2025 |
| **GF#:** | ATCH-01COM-ATCH25145454 |
| **Title Company:** | Alamo Title Company |
| **Owner/Borrower:** | Patricia Olsen |
| **Homestead Property:** | 5005 S 9th E, Idaho Falls, ID 83404 |
| **Non-Homestead Property:** | 13610 Rankin Circle East, Houston, TX 77073 |

Affiant on oath swears that the following statements are true and within the personal knowledge of Affiant:

1. I am the Owner/Borrower of the properties described above as "Homestead Property" and "Non-Homestead Property". I am over the age of 18 years and I am fully competent to execute this affidavit.

2. I reside upon and/or use, claim, and designate the Homestead Property as my legal homestead under the Constitution and Laws of the State of Texas.

3. All of the Homestead Property is my homestead and no portion of the Homestead Property is non-homestead property.

4. I do not claim any other property as my Homestead Property for tax or other purposes.

5. I do not reside upon and/or use or claim in any manner the Non-Homestead Property as a legal homestead under the Constitution and Laws of the State of Texas, and do not have any present intention of ever in the future residing upon, using, or claiming the Non-Homestead Property as a homestead.

6. I hereby renounce and disclaim any homestead right, interest or exemption in the Non-Homestead Property.

7. I understand that this Affidavit is made for the purpose of inducing Title Company and its underwriter to issue a Loan Policy of Title Insurance that insures the validity of a deed of trust lien upon the Non-Homestead Property.

8. It is expressly understood that Title Company and its underwriter are relying upon, and accept as true, the representations made in this Affidavit. In consideration thereof, Affiant/Owner/Borrower hereby agrees to indemnify and hold harmless Title Company and its underwriter from any claims, costs, damages, causes of action, expenses, and attorney's fees in any way arising from the inaccuracy of the above representations.

9. For the purposes of this affidavit, where the context requires: (i) the singular shall include the plural; (ii) the plural shall include the singular; and (iii) the use of any gender shall include all genders.

10. I am aware that the execution of a false affidavit may constitute perjury under both state and federal law, resulting in the imposition of criminal fines and/or imprisonment.

AFFIANT/OWNER/BORROWER:

Patricia Olsen

Patricia Olsen

GF#: ATCH-01COM-ATCH25145454

# HOMESTEAD DESIGNATION AFFIDAVIT
(Continued)

State of Idaho
County of Bonneville

Sworn to and subscribed before me on Patricia Olsen by Patricia Olsen.

(Personalized Seal)

MARC SABATONE
Exp. 07/05/2029
NOTARY
PUBLIC
Comm. No. 2017-0028
STATE OF IDAHO

Notary Public's Signature

**Alamo Title Company**
1800 Bering Dr., Suite 150
Houston, TX 77057
Phone: (713)966-4040 Fax: (713)966-4061

# Seller's Settlement Statement

**Settlement Date:** December 05, 2025
**Disbursement Date:** December 05, 2025
**GF Number:** ATCH25145454
**Escrow Officer:** Jessica Grealish
**Buyer:** 5510 Brystone Drive, LLC, a Texas limited liability company
5847 San Felipe, Suite 1400
Houston, TX 77057
**Seller:** Gary V. Olsen
5005 South 9th E
Idaho Falls, ID 83404
**Property:** 13610 Rankin Circle East
Houston, TX 77073
Harris County
+/- 13,700 Sq. Ft. of Improvements on 1.37 Acres of Land
TR 34 RANKIN PARK U/R ABST 608 S L NOBLE

| | | Seller Debit | Seller Credit |
|---|---|---|---|
| **Financial Consideration $(1,367,500.00)** | | | |
| Purchase Price | | | 1,367,500.00 |
| **Prorations/Adjustments** | | | |
| Tax Prorations<br>26 days @ 64.151616 per day at $23,415.34<br>12/06/25-12/31/25 | | | 1,667.94 |
| **Total Commissions $68,375.00** | | | |
| Commissions - Listing Broker to PCR Brokerage Houston, LLC dba Partners<br>$1,367,500.00 @ 5.0000% = $68,375.00 | | 68,375.00 | |
| PCR Brokerage Houston, LLC dba Partners | 68,375.00 | | |
| **Title/Escrow Charges $7,639.00** | | | |
| Owner's Policy Premium to Alamo Title Company<br>Coverage: $1,367,500.00<br>Version: Owner's Policy of Title Insurance (T-1) - 2024 | | 7,166.00 | |
| Guaranty Fee to Texas Title Insurance Guaranty Association | | 2.00 | |
| Escrow Fee to Alamo Title Company | | 400.00 | |
| Tax Search to National Tax Net | | 71.00 | |
| **Additional Charges $24,802.55** | | | |
| Survey Credit | | 2,868.63 | |
| Attorney Fees to Jeffrey W. Burnett, PLLC | | 150.00 | |
| 2025 Property Taxes to Annette Ramirez Tax Assessor-Collector | | 9,733.52 | |
| 2025 Property Taxes to Spring ISD | | 12,050.40 | |

## Seller's Settlement Statement

| | Seller Debit | Seller Credit |
|---|---|---|
| **Subtotals** | 100,816.55 | 1,369,167.94 |
| **Balance Due TO Seller** | **1,268,351.39** | |
| **Totals** | 1,369,167.94 | 1,369,167.94 |

**See signature page to follow**

**Seller's Settlement Statement**

APPROVED and ACCEPTED

Seller understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The Lender involved may be furnished a copy of this Statement. The undersigned hereby authorizes Alamo Title Company to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of loan funds in the amount shown above and a receipt of a copy of this Statement.

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER

Gary V. Olsen

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

BY:________________________________

Alamo Title Company
Settlement Agent

# Alamo Title Company

Proceeds from Real Estate Transactions as required by the Internal Revenue Service

*You are required by law to provide Alamo Title Company with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.*

Branch Address
1800 Bering Dr., Suite 150
Houston, TX 77057

**Substitute Form 1099-S**
This is important tax information and is being furnished to the Internal Revenue Service, as required by section 1521 of the Tax Reform Act of 1986. If you are required to file a return, a negligence penalty or other sanction will be imposed if this income is taxable and the IRS determines that it has not been reported.

GF#: ATCH-01COM-ATCH25145454

Date of closing: December 5, 2025

**PROPERTY ADDRESS OR LEGAL DESCRIPTION**

13610 Rankin Circle East, Houston, TX 77073

Assessor's Parcel Number (APN) -

**PROCEEDS FOR THIS SALE WENT TO:** (MULTIPLE SELLERS - Use one form for each seller. Treat husband and wife as one seller (filing joint tax returns) unless requested otherwise, then separate forms must be used.)

1. Gary V Olsen
Sellers Name (First, MI, Last or Entity Name)

2. Patricia Olsen
Spouse or Personal Representative

[redacted]
Federal Tax ID# for this seller
(List only the Tax ID# for the seller listed on Line 1, spouse Tax ID# not required. Executor/Trustee should not list their name as the seller unless they are going to report the proceeds on their personal income tax return. Disregarded entities should provide the name and Tax ID# of the responsible person/entity.)

**TOTAL CONSIDERATION**

$ 1268,351 39 Total Consideration

100 % Percentage of ownership for this seller

$ 1268,351 39 GROSS Allocated Proceeds
(Total consideration multiplied by percentage of ownership)

☐ Exchange (If checked)

$ ______ Tax Credit to Seller (Real property tax credits to seller contained in the 400 series of the HUD-1 or comparable closing statement form.)

**MAILING ADDRESS:**

5005 9th E
Idaho Falls Id 83404

☐ Check here if the address is outside of the U.S.A.

☐ Check here if you are a foreign person per IRS regulations (nonresident alien, foreign partnership, foreign estate, or foreign trust). Do not sign below.

Under penalties of perjury, I certify that I am a U.S. person or U.S. resident alien and the number shown on this statement is my correct taxpayer identification number.

Gary Olsen (signature) 12-2-25
Transferor's Signature — Date

Patricia Olsen (signature) 12-2-25
Spouse — Date

**Retain for 4 years**

Reserved for Recording Office:

After Recording, Return To:

______________________________________

______________________________________

______________________________________

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

# SPECIAL WARRANTY DEED

DATE: December 2, 2025

GRANTOR: **GARY V. OLSEN, A MARRIED PERSON, NOT JOINED HEREIN BY HIS SPOUSE AS THE PROPERTY DOES NOT CONSTITUTE ALL OR PART OF THEIR RESIDENTIAL OR BUSINESS HOMESTEAD**

GRANTOR'S ADDRESS (including county): 5005 South 9th E, Idaho Falls, Bonneville County, ID 83404

GRANTEE: **5510 BRYSTONE DRIVE, LLC**

GRANTEE'S ADDRESS (including county): 5847 San Felipe, Suite 1400, Houston, Harris County, TX 77057

CONSIDERATION: Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged.

PROPERTY: See Exhibit "A" attached hereto and made a part hereof for all purposes.

RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY: Easements, rights-of-way, and prescriptive rights, whether of record or not, that are not appurtenant to or benefitting the property; all presently recorded restrictions, reservations, covenants, conditions (except declarant's rights thereunder), oil and gas leases, mineral severances, and other instruments, other than liens and conveyances, that affect the

Property; rights of adjoining owners in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; availability and kinds of utility services, municipal services, and fire and police protection services; access to public roadways; environmental condition, quality and kind of construction, workmanship and materials, merchantability, habitability or fitness for a particular purpose in respect of the property (including improvements); taxes for the current year, the payment of which Grantee assumes; and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the consideration and subject to the Reservations from and Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any wise belonging, TO HAVE AND TO HOLD the Property, unto Grantee, Grantee's heirs, legal representatives, successors and assigns forever, and Grantor does hereby bind Grantor, Grantor's heirs, legal representatives, successors and assigns, to WARRANT AND FOREVER DEFEND all and singular the title to the Property unto the said Grantee, Grantee's heirs, legal representatives, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, by, through or under Grantor, but not otherwise, subject only to the Reservations from and Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

[signature]
**GARY V. OLSEN**

STATE OF ~~TEXAS~~ Idaho §
§
COUNTY OF Bonneville §

This instrument was acknowledged before me on this the 2 day of December, 2025, by Gary V. Olsen.

MARC GARITONE
Exp. 07/05/2029
NOTARY
PUBLIC
Comm. No. 2017-0028
STATE OF IDAHO

[signature]
Notary Public, State of ~~Texas~~ Idaho

# EXHIBIT "A"

All that certain 1.3698 acres of land situated in the S. L. Nobles Survey, Abstract No. 608, Harris County, Texas, being that same called 1.370 acres of land conveyed to Gary V. Olsen, as described in the deed recorded under Clerk's File No. 20100029650 of the Harris County Official Public Records of Real Property (H.C.O.P.R.R.P.), also being all of Tract 34 of the unrecorded subdivision called RANKIN PARK, and being more particularly described by metes and bounds as follows:

COMMENCING at a 5/8 inch iron rod (disturbed) found at the northeast corner of said RANKIN PARK, same being the northeast corner of Reserve "B", RANKIN PARK and the northeast corner of a called 0.6887 acre of land conveyed to Revista, Inc. dba Rankin Park Maintenance & Utilities, as described in the deed recorded under Clerk's File No. V190416 of the H.C.O.P.R.R.P., also being the northwest corner of Restricted Reserve "A", Block 1, MILTON COOPER ELEMENTARY SCHOOL, according to the map or plat thereof recorded in Film Code No. 599022 of the Harris County Map Records (H.C.M.R.);

THENCE South 00 deg. 13 min. 26 sec. East, along and with the common east line of RANKIN PARK, said Reserve "B" and said 0.6887 acre of land, same being the west line of said Restricted Reserve "A", at a distance of 150.00 feet pass the common southeast corner of Reserve "B" and the 0.6887 acre of land, same being the northeast corner of Restricted Reserve "C", Block 2, STEWART-RANKIN PARK SUBDIVISION, according to the map or plat thereof recorded in Film Code No. 600161 of the H.C.M.R., continuing along and with the common east line of RANKIN PARK and said Restricted Reserve "C", same being the west line of Restricted Reserve "A", at a distance of 407.96 feet pass the southeast corner of Restricted Reserve "C", same being the northeast corner of Restricted Reserve "A", Block 1, RANKIN AXIS DEVELOPMENT, according to the map or plat thereof recorded in Film Code No. 671257 of the H.C.M.R., continuing along and with the common east line of RANKIN PARK and said Restricted Reserve "A", Block 1, RANKIN AXIS DEVELOPMENT, same being the west line of Restricted Reserve "A", Block 1, MILTON COOPER ELEMENTARY SCHOOL, in all a total distance of 602.96 feet to the northeast corner and POINT OF BEGINNING of the herein described tract of land, same being the southeast corner of Restricted Reserve "A", Block 1, RANKIN AXIS DEVELOPMENT, from which a found 5/8 inch iron rod with cap bears witness North 63 deg. West, a distance of 0.66 feet;

THENCE South 00 deg. 13 min. 26 sec. East, continuing along and with the east line of RANKIN PARK and the west line of Restricted Reserve "A", Block 1, MILTON COOPER ELEMENTARY SCHOOL, at a distance of 143.14 feet pass a 5/8 inch iron rod found at the southwest corner of Restricted Reserve "A", Block 1, MILTON COOPER ELEMENTARY SCHOOL, same being the northwest corner of Restricted Reserve "A", Block 1, REMINGTON RANCH COMMERCIAL TRACT 1, according to the map or plat thereof recorded in Film Code No. 587037 of the H.C.M.R., continuing along and with the east line of RANKIN PARK and the west line of said Restricted Reserve "A", Block 1, REMINGTON RANCH COMMERCIAL TRACT 1, in all a total distance of 200.00 feet to a 5/8 inch iron rod with cap set at the southeast corner of the herein described tract of land, same being the northeast corner of a called 1.376 acres of land conveyed to Thinh Huu Nguyen and Victor Huu Do, as described in the deed recorded under Clerk's File No. Z338427 of the H.C.O.P.R.R.P., and being the northeast corner of Tract 35, RANKIN PARK;

THENCE North 89 deg. 53 min. 56 sec. West, along and with the common north line of said 1.376 acres and said Tract 35, a distance of 298.92 feet to a 5/8 inch iron rod with cap set at the southwest corner of the herein described tract of land, same being the common northwest corner of the 1.376 acres and Tract 35, and being situated in the east right-of-way line of Rankin Circle East (60 feet wide as described in the deed recorded under Clerk's File No. J616311 of the H.C.O.P.R.R.P.)

THENCE North 00 deg. 06 min. 00 sec. East, along and with said east right-of-way line of Rankin Circle East, a distance of 200.00 feet to a 5/8 inch iron rod with cap set at the northwest corner of the herein described tract of land, same being the southwest corner of Restricted Reserve "A", Block 1, RANKIN AXIS DEVELOPMENT;

THENCE South 89 deg. 53 min. 53 sec. East, departing the east right-of-way line of Rankin Circle East, along and with the south line of Restricted Reserve "A", Block 1, RANKIN AXIS DEVELOPMENT, a distance of 297.79 feet to the POINT OF BEGINNING and containing within these metes and bounds 1.3698 acres (59,670 square feet) of land.

# TAX AGREEMENT

**Date:** December 5, 2025
**GF#:** ATCH-01COM-ATCH25145454
**Property:** 13610 Rankin Circle East,Houston, TX 77073

We, the undersigned, hereby acknowledge that the tax prorations on the above captioned file were based on the most accurate information available at the time of closing.

The Seller(s) acknowledge that they are responsible for all taxes prior to the date of closing. Should it develop at a later date that taxes, other than those collected, are due for prior years, Seller(s) agree to make full settlement to Alamo Title Company, upon notification.

Purchaser recognizes their responsibility for current year taxes. Further, purchaser agrees to contact all taxing authorities to notify them of the change in ownership of subject property to assure proper receipt of future tax notice.

The Appraisal District assesses property values for the current year as of the beginning of the year. Seller(s) assume no responsibility for the assessed value for the current year. It is the purchaser(s) responsibility, should they so desire, to protest such assessed value if the allowed time for such protests have not expired.

It is hereby agreed between the parties that should the actual taxes for the current year differ, all adjustments will be handled directly between the Seller(s) and Purchaser(s).

By the execution hereof, Buyer(s) and Seller(s) acknowledge that: (i) the tax information obtained by Alamo Title Company was procured only for the benefit of Alamo Title Company and only for the purpose of determining the insurability of the property, (ii) that no party other than Alamo Title Company is entitled to rely on such information, and (iii) that the tax information and prorations have been provided to the Buyer(s), Seller(s), and Lender(s) as a courtesy only. Buyer and Seller hereby release Alamo Title Company from all liability and claims for damages resulting from proration of taxes in this transaction.

We agree that Alamo Title Company shall not be held responsible for such tax prorations in any event.

**SELLER(S)**

Gary V. Olsen

**PURCHASER(S)**

5510 Brystone Drive, LLC, a Texas limited liability company

BY:______________________________
Travis Land
Manager

GF#: ATCH-01COM-ATCH25145454

# AFFIDAVIT OF MARITAL STATUS

**Date:** December 5, 2025
**Affiant:** Gary V. Olsen
**Property:** 13610 Rankin Circle East, Houston, TX 77073

**Date of Acquisition:** January 25, 2010

Affiant on oath swears that the following statements are true and within the personal knowledge of Affiant:

1. My full legal name is as set forth above and I am over the age of eighteen (18) years.
2. I currently reside at 5005 South 9th E, in the City of Idaho Falls, County, Idaho.
3. I acquired title to the Property on the Date of Acquisition.
4. Marital status on Date of Affidavit

   ☐ I am unmarried.

   ☑ I am married to Patricia Olsen (insert name of Current Spouse), Current Spouse, which marriage took place on 2-7-59 (insert date of marriage to Current Spouse).

5. Marital status on Date of Acquisition

   ☐ I was unmarried.

   ☑ I am married to my Current Spouse.

   ☐ I was married to ______ (insert name of spouse on Date of Acquisition, if other than current spouse).

6. Marital status from Date of Acquisition to Date of Affidavit

   ☐ I have remained unmarried from Date of Acquisition through Date of Affidavit.

   ☑ I have remained married to my Current Spouse from Date of Acquisition through Date of Affidavit.

   ☐ I married my Current Spouse on the date shown in no. 4 above, and we have remained married to each other from then through Date of Affidavit.

   ☐ Other marriages (give details for all):

   ______

   ☐ I was married to ______ (insert name of previous spouse no. 1), which marriage terminated by ☐ death ☐ divorce on ______ (insert date of death or divorce from previous spouse no. 1).

   ☐ I was married to ______ (insert name of previous spouse no. 2), which marriage terminated by ☐ death ☐ divorce on ______ (insert date of death or divorce from previous spouse no. 2).

   ☐ I was married to ______ (insert name of previous spouse no. 3), which marriage terminated by ☐ death ☐ divorce on ______ (insert date of death or divorce from previous spouse no. 3).

7. I have no marriages, from and including Date of Acquisition to and including Date of Affidavit, other than those set out above. During that time, I did not agree to marry any person, nor represent to others that such a marriage existed, nor live together with any person as if married.
8. Anyone concerned with the title to the Property may rely on these statements.

GF#: ATCH-01COM-ATCH25145454

# AFFIDAVIT OF MARITAL STATUS

(Continued)

9. I agree to indemnify and hold Alamo Title Company, Underwriter, and its Agent harmless from any loss or expense, including reasonable attorney fees, resulting from false or incorrect information in this affidavit.

**AFFIANT:**

Gary V. Olsen

State of Idaho

County of Bonneville

Sworn to and subscribed before me on Oct 7 2025 by Gary V. Olsen.

(Personalized Seal)

MARC GARITONE EXP. 07/05/2028 NOTARY PUBLIC Comm. No. 2017-0028 STATE OF IDAHO

Notary Public's Signature

# DISBURSEMENT AUTHORIZATION

**Date:** December 5, 2025
**GF#:** ATCH-01COM- ATCH25145454
**Title Company:** Alamo Title Company
**Seller:** Gary V. Olsen
**Purchaser:** 5510 Brystone Drive, LLC, a Texas limited liability company
**Lender:**

I/We hereby authorize and direct Escrow Agent to disburse the proceeds of sale in connection with the Property at 13610 Rankin Circle East, Houston, TX 77073 as follows:

**Split funds as follows:

Please disburse the proceeds for the above referenced file as follows:

☑ Wire proceeds to bank account (*your bank may deduct an incoming wire transfer fee*)
The undersigned Customer hereby authorizes and directs Alamo Title Company to transfer funds by wire to the Receiving Bank and Account below. Customer warrants that the information provided in this Authorization is complete and accurate.

BANK NAME: Citibank N.A
ACCOUNT NAME: Gary V. Olsen dba Dasol Holding Inc
ABA NO.: 266086554
ACCOUNT NO.: [redacted]7736
RECEIVED IN PERSON FROM: ____________
BY (employee): ____________ DATE: ________ TIME: ________

☐ Check(s)
Select Delivery Method:
☐ Call for Pick Up: ____________
☐ Mail to: ____________
☐ Overnight to: ____________ (No PO Boxes)

☐ Transfer my proceeds to GF # ____________ with the following Title Company:
____________

Provided that the funds are wire transferred in accordance with these instructions, Alamo Title Company shall not be liable for any act or omission of any financial institution or any other person, nor shall Alamo Title Company have any liability for loss of funds or interest thereon. In no event will damages exceed interest at a rate equal to Federal Funds rate, adjusted daily, for the number of days that such funds are unavailable. The undersigned shall indemnify and hold harmless Alamo Title Company its successors or assigns, from any loss, liability and cost incurred as a result of any incorrect information supplied.

GF#: ATCH-01COM-ATCH25145454

# DISBURSEMENT AUTHORIZATION
(continued)

I/We hereby indemnify and hold harmless Title Company and its underwriter and their agents and representatives from all loss or damage they may sustain in connection with Title Company's good faith performance of these disbursement instructions and does hereby release and waive any claims Seller may have against Title Company and its underwriter or their agents or representatives, which may result from Title Company's good faith performance of said disbursement instructions.

Gary V. Olsen

12-2-25
Date