# Exhibit E

**Alamo Title Company**
1800 Bering Dr., Suite 150
Houston, TX 77057
**Phone: (713)966-4040 | FAX: (713)966-4061**

# Outgoing Wire Request

| **Brand** | **Profit Center** | **Order Number** | **Trust Acct. Date** | **Reference Number** |
|---|---|---|---|---|
| Alamo Title Company | ATCH-01COM | ATCH25145454-JG | 12/05/25 | 301026267 |
| **Trust Acct. Code** | **Bank Name** | | | |
| TXAHOUBT5070 | Bank of Texas | | | |

Ledger ID: ATCH25145454
Settlement Date: 12/05/25
Buyer/Borrower: 5510 Brystone Drive, LLC, a Texas limited liability company
Seller: Gary V. Olsen
Property Address: 13610 Rankin Circle East, Houston, TX 77073

Transaction Date: 12/05/25
Closer/Escrow Officer: Jessica Grealish
Original User ID: FNFGLOBAL\pamela.hodge

**Wire Transfer Source:**

Trust Account Code: TXAHOUBT5070
Trust Account Bank Name: Bank of Texas

**Wire Transfer Destination:**

Bank Name: CITIBANK, N.A.
ABA Routing Number: 266086554
Credit Account Name: Gary V. Olsen DBA Dasol Holding Inc.
Credit Account Number: [redacted]736
Special Instructions: Proceeds - 13610 Rankin Circle East
Further Credit:
Intermediary Bank:
Intermediary Number:
Beneficiary Bank:
Beneficiary Number:
Memo: Closing Proceeds
Extended Memo:
Balance due to Seller $1,268,351.39

**Amount:**
**$-1,268,351.39**

**PLEASE ATTACH A COPY OF YOUR DISBURSEMENT SUMMARY WITH THIS REQUEST FOR WIRE.**

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Posted by: Pamela Hodge

Proceeds Disbursement Over $1 Million Verified

## Operational Accounting Use Only

**Wire Release**
Bank Contact: ____________ Time: ______
Account No.: ____________ Date: ______
Test Code: ____________
Sequence/Reference: ____________
Releaser Signature: ____________

**Verification**
Time: 11:41AM Phone: (986)207-9765
Date: 12/05/25
Verified with Name: Gary Olsen
Verified by Name: Pamela Hodge

**File Copy**

# DISBURSEMENT AUTHORIZATION

**Date:** December 5, 2025
**GF#:** ATCH-01COM- ATCH25145454
**Title Company:** Alamo Title Company
**Seller:** Gary V. Olsen
**Purchaser:** 5510 Brystone Drive, LLC, a Texas limited liability company
**Lender:**

I/We hereby authorize and direct Escrow Agent to disburse the proceeds of sale in connection with the Property at 13610 Rankin Circle East, Houston, TX 77073 as follows:

**Split funds as follows:

Please disburse the proceeds for the above referenced file as follows:

☑ Wire proceeds to bank account (*your bank may deduct an incoming wire transfer fee*)

The undersigned Customer hereby authorizes and directs Alamo Title Company to transfer funds by wire to the Receiving Bank and Account below. Customer warrants that the information provided in this Authorization is complete and accurate.

BANK NAME: Citibank N.A

ACCOUNT NAME: Gary V. Olsen dba Dasol Holding Inc

ABA NO.: 266086554

ACCOUNT NO.: [redacted]7736

RECEIVED IN PERSON FROM: ____________________

BY (employee): ____________________ DATE: __________ TIME: __________

☐ Check(s)

Select Delivery Method:

☐ Call for Pick Up: ____________________

☐ Mail to: ____________________

____________________

☐ Overnight to: ____________________ (No PO Boxes)

____________________

☐ Transfer my proceeds to GF # ____________________ with the following Title Company:

____________________

Provided that the funds are wire transferred in accordance with these instructions, Alamo Title Company shall not be liable for any act or omission of any financial institution or any other person, nor shall Alamo Title Company have any liability for loss of funds or interest thereon. In no event will damages exceed interest at a rate equal to Federal Funds rate, adjusted daily, for the number of days that such funds are unavailable. The undersigned shall indemnify and hold harmless Alamo Title Company its successors or assigns, from any loss, liability and cost incurred as a result of any incorrect information supplied.

GF#: ATCH-01COM-ATCH25145454

# DISBURSEMENT AUTHORIZATION

(continued)

I/We hereby indemnify and hold harmless Title Company and its underwriter and their agents and representatives from all loss or damage they may sustain in connection with Title Company's good faith performance of these disbursement instructions and does hereby release and waive any claims Seller may have against Title Company and its underwriter or their agents or representatives, which may result from Title Company's good faith performance of said disbursement instructions.

Gary V. Olsen 12-2-25
Date