# Exhibit F

# DISBURSEMENT AUTHORIZATION

**Date:** December 5, 2025
**GF#:** ATCH-01COM- ATCH25145454
**Title Company:** Alamo Title Company
**Seller:** Gary V. Olsen
**Purchaser:** 5510 Brystone Drive, LLC, a Texas limited liability company
**Lender:**

I/We hereby authorize and direct Escrow Agent to disburse the proceeds of sale in connection with the Property at 13610 Rankin Circle East, Houston, TX 77073 as follows:

**Split funds as follows:

Please disburse the proceeds for the above referenced file as follows:

☑ Wire proceeds to bank account (*your bank may deduct an incoming wire transfer fee*)

The undersigned Customer hereby authorizes and directs Alamo Title Company to transfer funds by wire to the Receiving Bank and Account below. Customer warrants that the information provided in this Authorization is complete and accurate.

BANK NAME: Zion National Bank
ACCOUNT NAME: Gary V. Olsen
ABA NO.: 124000054
ACCOUNT NO.: 8605
RECEIVED IN PERSON FROM: ____________________
BY (employee): ____________________ DATE: __________ TIME: __________

☐ Check(s)

Select Delivery Method:

☐ Call for Pick Up: ____________________

☐ Mail to: ____________________

____________________

☐ Overnight to: ____________________ (No PO Boxes)

____________________

☐ Transfer my proceeds to GF # ____________________ with the following Title Company:

____________________

Provided that the funds are wire transferred in accordance with these instructions, Alamo Title Company shall not be liable for any act or omission of any financial institution or any other person, nor shall Alamo Title Company have any liability for loss of funds or interest thereon. In no event will damages exceed interest at a rate equal to Federal Funds rate, adjusted daily, for the number of days that such funds are unavailable. The undersigned shall indemnify and hold harmless Alamo Title Company its successors or assigns, from any loss, liability and cost incurred as a result of any incorrect information supplied.

GF#: ATCH-01COM-ATCH25145454

## DISBURSEMENT AUTHORIZATION
(continued)

I/We hereby indemnify and hold harmless Title Company and its underwriter and their agents and representatives from all loss or damage they may sustain in connection with Title Company's good faith performance of these disbursement instructions and does hereby release and waive any claims Seller may have against Title Company and its underwriter or their agents or representatives, which may result from Title Company's good faith performance of said disbursement instructions.

Gary V. Olsen 12-2-25
Date