# Exhibit G

**From:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Sent:** Tuesday, December 9, 2025 2:52 PM
**To:** Grealish, Jessica; Hodge, Pamela
**Cc:** Estrada, Angelica
**Subject:** Re: Seller Closing Preparation | ATCH25145454 | 13610 Rankin Circle East |

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We found it. No worries.

Thanks a lot for your help.

Marc

---

**From:** Grealish, Jessica <jessica.grealish@alamotitle.com>
**Sent:** Tuesday, December 9, 2025 11:55 AM
**To:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Cc:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>
**Subject:** RE: Seller Closing Preparation | ATCH25145454 | 13610 Rankin Circle East |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Marc,

Pamela sent confirmation earlier today that funds were sent on Friday. What is the best number to call you to confirm the wire information?

Thanks,

JESSICA GREALISH
VP | Commercial Escrow Officer
Assistant Branch Manager

Direct: 713.986.0702
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
jessica.grealish@alamotitle.com

Jessica.Grealish@alamotitle.com | 713-986-0702

---

**From:** Garitone, Marc <Marc.Garitone@rsiinc.com>
**Sent:** Tuesday, December 9, 2025 12:44 PM
**To:** Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Grealish, Jessica <jessica.grealish@alamotitle.com>
**Subject:** RE: Seller Closing Preparation | ATCH25145454 | 13610 Rankin Circle East |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please confirm the wire has been sent as we have not seen it as of yet.

Thanks
Marc

---

**From:** Garitone, Marc
**Sent:** Tuesday, December 9, 2025 8:45 AM
**To:** 'Grealish, Jessica' <Jessica.Grealish@alamotitle.com>
**Subject:** RE: Seller Closing Preparation | ATCH25145454 | 13610 Rankin Circle East |

Can you confirm the wire was sent as I don't see it as if yet?

Thanks
Marc

---

**From:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Sent:** Tuesday, December 2, 2025 12:39 PM
**To:** Garitone, Marc <marc.garitone@rsiinc.com>
**Cc:** Hodge, Pamela <pamela.hodge@alamotitle.com>; Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Carman, Zane <zane.carman@partnersrealestate.com>; Renshaw, Alisha <alisha.renshaw@partnersrealestate.com>; Caudill, Chris <chris.caudill@partnersrealestate.com>
**Subject:** RE: Seller Closing Preparation | ATCH25145454 | 13610 Rankin Circle East |

Hello Marc,

Attached please find the updated Statement and Homestead Designation for Patricia. Additionally, attached please find the proposed Deed for your review.

Thank you,

**JESSICA GREALISH**
VP | Commercial Escrow Officer
Assistant Branch Manager

Direct: 713.986.0702
Office: 713.966.4040
Fax: 713.966.4061

1800 Bering Dr. Suite 150 Houston, TX 77057
jessica.grealish@alamotitle.com

Jessica.Grealish@alamotitle.com | 713-986-0702

---

**From:** Garitone, Marc <marc.garitone@rsiinc.com>
**Sent:** Tuesday, December 2, 2025 12:07 PM
**To:** Grealish, Jessica <Jessica.Grealish@alamotitle.com>
**Cc:** Hodge, Pamela <pamela.hodge@alamotitle.com>; Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Carman, Zane <zane.carman@partnersrealestate.com>; Renshaw, Alisha <alisha.renshaw@partnersrealestate.com>; Caudill, Chris <chris.caudill@partnersrealestate.com>
**Subject:** RE: Seller Closing Preparation | ATCH25145454 | 13610 Rankin Circle East |

A couple things?

- The broker fee should be 5%
- The taxes have not been paid so I can pay them or you can leave them on here . Please advise
- Gary is married to Patricia Olsen

---

**From:** Jessica Grealish <Jessica.Grealish@alamotitle.com>
**Sent:** Monday, December 1, 2025 3:45 PM
**To:** Garitone, Marc <marc.garitone@rsiinc.com>
**Cc:** pamela.hodge@alamotitle.com; Estrada, Angelica <Angelica.Estrada@alamotitle.com>; Carman, Zane <zane.carman@partnersrealestate.com>; Renshaw, Alisha <alisha.renshaw@partnersrealestate.com>; Caudill, Chris <chris.caudill@partnersrealestate.com>
**Subject:** Seller Closing Preparation | ATCH25145454 | 13610 Rankin Circle East |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This message was sent securely using Zix®

Good Evening,

Please see attached draft documents for your review for closing on Friday, December 5th. In preparation of closing please advise as to the following outstanding items:

1. **CLOSING STATEMENT**: Please provide any additional invoices or fees to be collected at closing, including Commission and Attorney Fees. Additionally, please provide the wiring instructions for the sales proceeds.
TAXES: It looks like some of the taxing entities have been paid but not all. I am assuming a payment has been submitted but not yet processed for Harris County and Spring ISD. If this is accurate, please provide the receipts and I will remove these line items from the statement.
2. **AUTHORITY DOCUMENTS:** Please advise as to your martial status. If you are married, please advise as to your spouses name as we will require a Non-Homestead Designation Affidavit.
3. **DOCUMENTS:** I have ordered a Deed on your behalf. I will circulate for review to all parties once it is avalialbe tomorrow. If you have counsel who has prepared instead please advise and send the proposed form.
4. **SIGNING:** Please advise where signing will take place. You may either come to our office or I am happy to coordinate a Mobile Notary via our service BancServ. If you would like a Mobile Notary, please advise as soon as possible so one may be scheduled.

As always, please do not hesitate to contact us with any questions or concerns.

Thank you,

Jessica Grealish
Commercial Escrow Officer
Alamo Title Company
1800 Bering, Suite 150
Houston, Texas 77057
713-966-4040 Main / 713-986-0702 Direct
713-966-4061 Fax
Jessica.Grealish@alamotitle.com

This message was secured by Zix®.

---

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.