# Exhibit H

### Debit Party :

Debit ID: [redacted]0672
DB MCP: ——
Account: [redacted]0672
Name: CITIBANK N.A. RETAIL
WIRE SETT
Address: 111 WALL STREET
NEW YORKNY10005-0000
———————

### Credit Party :

Credit ID: [redacted]4527
CR MCP: ——
Account: [redacted]4527
Name: THE DART BANK
Address: ————MASON MI————
——

### Intermediary Bank Receiver(54):

ID: ——
Account Type: ——
Name:
Address: ——————————
MOA: ——

### Paying Bank:

ID: ——
Account Type: ——
MOA: ——
Name:
Address: —————

### Originating Bank:

ID: GCNXUNAX458
Account Type: S
Name: CITIBANK NA
Address: NEW YORK NYUSA————
——

### Beneficiary:

ID: 4002001007841234
Account Type: X
MOA: NONE
Name: PAYWARD INTERACTIVEINC
Address: 368 S PARK STREET
MASON MI 48854————
——

### Originator:

ID: [redacted]7736
Name: DASOL HOLDINGS INC
Address: 6501 NW 27TH STREET
SUNRISE FL USA33313——
—————

### Additional details

| | | | |
|---|---|---|---|
| Bank to Bank Info: | **DASOL HOLDINGS INC———— ——————————————————** | Originator To Beneficiary Info: | —————————————— |

## CHIPS MESSAGES

## FED MESSAGES

**MESSAGE 1** **Direction: Outbound** **TRN: G0153394164501**

**MESSAGE SUMMARY**

| | | | |
|---|---|---|---|
| AMOUNT : | **570,890.00 / USD** | MESSAGE DATE : | **05/12/2025** |
| GID : | **G0153394164501** | RCV/SND ID : | **072414527** |
| I/O : | **Outbound** | SSN : | |

**TEXT**