# Exhibit I

## PAYMENT TRANSACTION

GID:**G0153394026801**

| Transaction Information | Status: FINAL |
|---|---|

| | | | |
|---|---|---|---|
| GID: | **G0153394026801** | Adj: | |
| Transaction Date: | **05-Dec-2025** | Debit Amount: | **450,720.00/USD** |
| Instruction Date: | **05-Dec-2025** | Credit Amount: | **450,720.00/USD** |
| Remitter Reference: | **3390495730458** | Related Reference: | |
| In Source: | **CDEX** | Method of Payment: | **Fed** |
| In Reference: | **100** | Out Reference: | **IMAD251205B1Q8021C016537** |
| Processing Type: | **CLEAN** | DF1073 Flag: | |
| FTN Out Time: | **1549** | Transaction Type: | |
| FTN In Time: | **1549** | | |
| Status: | **FINAL** | | |

### Additional Transaction Information

| | | | |
|---|---|---|---|
| GPI Payment : | **No** | UETR: | **cef90bce-71d4-4b3d-9035-73944d34bb61** |

### Accounting Information

| | | | |
|---|---|---|---|
| Debit CIF ovrd: | **N** | Debit No Post: | **N** |
| Credit CIF ovrd: | **N** | Credit No Post: | **N** |
| Debit Value: | **05-Dec-2025** | Method of Payment: | **BOOK** |
| Method of Advice: | **NONE** | Method of Advice: | **NOTSP** |
| No Db auth: | **N** | Verify ID: | —— |
| Repair ID: | —— | Bene charge: | **ORIG** |
| Bene Amt: | **0.00/USD** | EDI Present: | **N** |
| EDI Delivered: | **N** | | |

### Party Details

### Debit Party :

Debit ID: [redacted]0672
DB MCP: ——
Account: [redacted]0672
Name: CITIBANK N.A. RETAIL WIRE SETT
Address: 111 WALL STREET NEW YORKNY10005-0000 ———————

### Credit Party :

Credit ID: [redacted]4527
CR MCP: ——
Account: [redacted]4527
Name: THE DART BANK
Address: ————MASON MI———— ——

### Intermediary Bank Receiver(54):

ID: ——
Account Type: ——
Name:
Address: __________
MOA: ——

### Paying Bank:

ID: ——
Account Type: ——
MOA: ——
Name:
Address: _____

### Originating Bank:

ID: GCNXUNAX458
Account Type: S
Name: CITIBANK NA
Address: NEW YORK NYUSA———— ——

### Beneficiary:

ID: 4002001007841234
Account Type: X
MOA: NONE
Name: PAYWARD INTERACTIVEINC
Address: 368 S PARK STREET MASON MI 48854———— ——

### Originator:

ID: [redacted]7736
Name: DASOL HOLDINGS INC
Address: 6501 NW 27TH STREET SUNRISE FL USA33313—— ————

### Additional details

| | | | |
|---|---|---|---|
| Bank to Bank Info: | **DASOL HOLDINGS INC————<br>——————————————————** | Originator To Beneficiary Info: | —————————————— |

## CHIPS MESSAGES

## FED MESSAGES

| **MESSAGE 1** | **Direction:** | **Outbound** | **TRN:** | **G0153394026801** |
|---|---|---|---|---|

**MESSAGE SUMMARY**

| | | | |
|---|---|---|---|
| AMOUNT : | **450,720.00 / USD** | MESSAGE DATE : | **05/12/2025** |
| GID : | **G0153394026801** | RCV/SND ID : | **072414527** |
| I/O : | **Outbound** | SSN : | |

**TEXT**