# Exhibit J

## PAYMENT TRANSACTION

GID:**G0153395254101**

**Transaction Information** **Status: FINAL**

| | | | |
|---|---|---|---|
| GID: | **G0153395254101** | Adj: | |
| Transaction Date: | **05-Dec-2025** | Debit Amount: | **240,000.00/USD** |
| Instruction Date: | **05-Dec-2025** | Credit Amount: | **240,000.00/USD** |
| Remitter Reference: | **3390641630458** | Related Reference: | |
| In Source: | **CDEX** | Method of Payment: | **Fed** |
| In Reference: | **100** | Out Reference: | **IMAD251205MMQFMPYZ018778** |
| Processing Type: | **CLEAN** | DF1073 Flag: | |
| FTN Out Time: | **1734** | Transaction Type: | |
| FTN In Time: | **1733** | | |
| Status: | **FINAL** | | |

### Additional Transaction Information

| | | | |
|---|---|---|---|
| GPI Payment : | **No** | UETR: | **be0f84c1-61d4-4b51-9e4a-c409cfba178f** |

### Accounting Information

| | | | |
|---|---|---|---|
| Debit CIF ovrd: | **N** | Debit No Post: | **N** |
| Credit CIF ovrd: | **N** | Credit No Post: | **N** |
| Debit Value: | **05-Dec-2025** | Method of Payment: | **BOOK** |
| Method of Advice: | **NONE** | Method of Advice: | **NOTSP** |
| No Db auth: | **N** | Verify ID: | —— |
| Repair ID: | —— | Bene charge: | **ORIG** |
| Bene Amt: | **0.00/USD** | EDI Present: | **N** |
| EDI Delivered: | **N** | | |

### Party Details

### Debit Party :

Debit ID: [redacted]0672
DB MCP: ——
Account: [redacted]0672
Name: **CITIBANK N.A. RETAIL WIRE SETT**
Address: **111 WALL STREET NEW YORKNY10005-0000 ———————**

### Credit Party :

Credit ID: [redacted]4527
CR MCP: ——
Account: [redacted]4527
Name: **THE DART BANK**
Address: **————MASON MI———— ——**

### Intermediary Bank Receiver(54):

ID: ——
Account Type: ——
Name:
Address: __________
MOA: ——

### Paying Bank:

ID: ——
Account Type: ——
MOA: ——
Name:
Address: _____

### Originating Bank:

ID: **GCNXUNAX458**
Account Type: **S**
Name: **CITIBANK NA**
Address: **NEW YORK NYUSA———— ——**

### Beneficiary:

ID: **4002001007841234**
Account Type: **X**
MOA: **NONE**
Name: **PAYWARD INTERACTIVEINC**
Address: **368 S PARK STREET MASON MI 48854———— ——**

### Originator:

ID: [redacted]7736
Name: **DASOL HOLDINGS INC**
Address: **6501 NW 27TH STREET SUNRISE FL USA33313—— ————**

### Additional details

| | | | |
|---|---|---|---|
| Bank to Bank Info: | **DASOL HOLDINGS INC————————————————————————** | Originator To Beneficiary Info: | ———————————————— |

## CHIPS MESSAGES

## FED MESSAGES

**MESSAGE 1** **Direction: Outbound** **TRN: G0153395254101**

**MESSAGE SUMMARY**

| | | | |
|---|---|---|---|
| AMOUNT : | **240,000.00 / USD** | MESSAGE DATE : | **05/12/2025** |
| GID : | **G0153395254101** | RCV/SND ID : | **072414527** |
| I/O : | **Outbound** | SSN : | |

**TEXT**