**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALAMO TITLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DASOL HOLDINGS, INC., CITIBANK N.A., a nominal defendant, PAYWARD, INC. d/b/a KRAKEN, a nominal defendant, PAYWARD INTERACTIVE, INC., a nominal defendant, and DART FINANCIAL CORPORATION d/b/a THE DART BANK, a nominal defendant,<br><br>Defendants. | **Civil Action Case No. 1:25-cv-10478-ALC** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Alamo Title Company, by and through its undersigned counsel, hereby gives notice of voluntarily dismissal of this action as against Nominal Defendant Citibank, N.A. without prejudice.

Dated: February 6, 2026

**FOX ROTHSCHILD LLP**

By: */s/ Aaron Wolfson* .
Aaron T. Wolfson, Esq.
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: 212-878-7900
Facsimile: 212-692-0940
Email: awolfson@ foxrothschild.com

*Attorneys for Plaintiff, Alamo Title Company*