USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/18/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **ALAMO TITLE COMPANY,**<br><br>              **Plaintiff,**<br><br>       **-against-**<br><br>**DASOL HOLDINGS, INC.,**<br><br>              **Defendant.** | **1:25-cv-10478 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons stated on the record in today's telephonic conference and in Plaintiff's letter motion regarding its anticipated motion to transfer venue at ECF No. 60, the Court hereby **ORDERS** that venue be transferred in this case pursuant to 28 U.S.C. § 1404(a). The Clerk of Court is respectfully directed to terminate all pending motions and transfer this case to the United States District Court for the Southern District of Florida.

**SO ORDERED.**

**Dated:**    **February 18, 2026**
             **New York, New York**

                                               **ANDREW L. CARTER, JR.**
                                           **United States District Judge**